IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-05275-RTG

FRANCISCO GONZALEZ-CHAJ,

Applicant,

v.

JUAN BALTAZAR,
U.S. ATTORNEY GENERAL,
TODD LYONS, and
DEPARTMENT OF HOMELAND SECURITY,

Respondents.

---

**ORDER OF DISMISSAL**

---

Applicant Francisco Gonzalez-Chaj, who is a detainee at an immigration detention facility in Aurora, Colorado, filed *pro se* an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 on October 13, 2026, (ECF No. 1). The Application form was not sufficiently completed. On October 19, 2026, the Court issued an order to cure deficiencies (ECF No. 3), ordering Applicant to file a fully-completed Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 and to address the filing fee. The Court gave Applicant 30 days to comply and warned that failure to cure the defects would result in the dismissal of this action without further notice.

Applicant has not cured the deficiencies within the time allowed or communicated with the Court in any way since October 13, 2026—and the time to do so has passed.

Thus, this action will be dismissed without prejudice for failure to comply with the Court's order and failure to prosecute.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order is not taken in good faith and, therefore, *in forma pauperis* status is DENIED for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962). If a notice of appeal is filed, Applicant must also pay the full $605 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.

Accordingly, it is

ORDERED that this action is DISMISSED WITHOUT PREJUDICE pursuant to Fed. R. Civ. P. 41(b) for failure to comply with the Court's order and local rules. It is

FURTHER ORDERED that no certificate of appealability will issue because Applicant has not made a substantial showing of the denial of a constitutional right. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is DENIED WITHOUT PREJUDICE to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit.

DATED at Denver, Colorado, this 25th day of November, 2026.

BY THE COURT:

s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court